Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  21−15661−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leslie M. Hyvesson
   aka Leslie Marie Hyvesson
   32 Cambridge Ct
   Toms River, NJ 08757−4526

Social Security No.:
   xxx−xx−1889

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 4, 2021
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-15661-CMG

Leslie M. Hyvesson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 04, 2021 | Form ID: 148 | Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Leslie M. Hyvesson, 32 Cambridge Ct, Toms River, NJ 08757-4526 |
| 519260376 | | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519260375 | | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 519260378 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519260381 | + | BYL Collection Services, LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 519260377 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6504 |
| 519278360 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 519260379 | | Berkeley Township Tax Collector, PO Box B, Bayville, NJ 08721-0287 |
| 519260383 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519260386 | | Cardio Net, LLC, PO Box 508, Malvern, PA 19355-0508 |
| 519260393 | | Gem Recovery Systems, 1001 McBride Ave, Little Falls, NJ 07424-2534 |
| 519260395 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519260399 | | MONOC, 599 Route 37 W, Toms River, NJ 08755-8011 |
| 519260397 | | Monmouth Ocean Hospital Service Corp, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 519260398 | + | Monmouth Ocean Hospital Service, 4806 Megill Rd. Suite 3, Neptune, NJ 07753-6926 |
| 519260401 | + | NJ Ez Pass, 375 McCarter Hwy, Newark, NJ 07114-2563 |
| 519260402 | | NJ Natural Gas Co., 1415 Wyckoff Rd, Wall, NJ 07719 |
| 519260400 | | New Jersey Imaging Network, LLC, PO Box 3228, Indianapolis, IN 46206-3228 |
| 519260403 | | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519260404 | | Quality Medical Transport, PO Box 320, Bayville, NJ 08721-0429 |
| 519260405 | | R & R Soheha, PO Box 9416, Trenton, NJ 08650-1416 |
| 519260408 | | SUEZ Water Toms River, 69 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519260406 | | Select Portfolio Servicing, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |
| 519260407 | | Silver Ridge Park Association, 979 Edgebrook Dr N, Toms River, NJ 08757-4532 |
| 519260411 | | Township Of Berkeley MUA, 255 Atlantic City Blvd, Bayville, NJ 08721-1216 |
| 519260412 | | US Bank Cust For PC7 Firstrst Bank, 50 S 16th St Ste 2050, Philadelphia, PA 19102-2516 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519260380 | | Email/Text: payments@brsi.net | Aug 04 2021 20:17:00 | Business Revenue Systems, Inc., 6032 Trier Rd, Fort Wayne, IN 46815-5337 |
| 519260382 | | EDI: CAPITALONE.COM | Aug 05 2021 00:18:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519260384 | | EDI: CAPONEAUTO.COM | Aug 05 2021 00:18:00 | Capital One Auto Finance, Attn: Bankruptcy, PO |

Case 21-15661-CMG    Doc 13    Filed 08/06/21    Entered 08/07/21 00:15:41    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: 148 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 30285, Salt Lake City, UT 84130-0285 |
| 519263744 | + | EDI: AISACG.COM | Aug 05 2021 00:18:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519267947 | + | EDI: AISACG.COM | Aug 05 2021 00:18:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519267412 | + | EDI: AIS.COM | Aug 05 2021 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519260385 | | EDI: CAPITALONE.COM | Aug 05 2021 00:18:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519260387 | | EDI: WFNNB.COM | Aug 05 2021 00:18:00 | Cb/vicscrt, PO Box 182789, Columbus, OH 43218-2789 |
| 519260388 | + | Email/Text: mediamanagers@clientservices.com | Aug 04 2021 20:17:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519260389 | | EDI: WFNNB.COM | Aug 05 2021 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519260392 | | Email/Text: ebn@rwjbh.org | Aug 04 2021 20:17:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 519260390 | | Email/Text: ebn@rwjbh.org | Aug 04 2021 20:17:00 | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 519260391 | | Email/Text: ebn@rwjbh.org | Aug 04 2021 20:17:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 519260394 | | EDI: IIC9.COM | Aug 05 2021 00:18:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519261195 | + | EDI: RECOVERYCORP.COM | Aug 05 2021 00:18:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519260409 | | EDI: RMSC.COM | Aug 05 2021 00:18:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519260410 | | EDI: RMSC.COM | Aug 05 2021 00:18:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519260396 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Leslie M. Hyvesson bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4